No. 97–8977. TRUJILLO v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–8979. NORRIS v. WEST VALLEY CITY, UTAH. Ct. App. Utah. Certiorari denied.

No. 97–8983. BYRD v. CLEMENTS. C. A. 5th Cir. Certiorari denied.

No. 97–8984. BRADFORD v. THOMPSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 97–8985. STEWART v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–8986. SNELLING v. MISSOURI ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–8988. ANTONELLI v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–8990. BROWN v. TOOMBS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–8992. FARRIS v. SHULER. C. A. 10th Cir. Certiorari denied.

No. 97–8993. FARRELL v. PATAKI, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–8997. TAYLOR v. UTAH. Sup. Ct. Utah. Certiorari denied.

No. 97–8999. CASS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 97–9003. ARTHUR v. STOCK ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–9005. BURGE v. COLORADO ET AL. Dist. Ct. Colo., Jefferson County. Certiorari denied.

No. 97–9009. NEAL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.